Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

Nos. 04-09-00149-CR & 04-09-00150-CR

Jose **DEJULIAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2006-CR-6913 & 2006-CR-6914
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   April 8, 2009

DISMISSED FOR LACK OF JURISDICTION

Appellant was sentenced in each of the underlying causes on January 16, 2009.  No timely motion for new trial having been filed, appellant's notice of appeal was due to be filed no later than February 16, 2009.  *See* TEX. R. APP. P. 26.2.  The notice of appeal was not filed until March 11, 2009, and no motion for extension of time was filed.  *See* TEX. R. APP. P. 26.3.

On March 20, 2009, we ordered appellant to show cause why these appeals should not be dismissed for lack of jurisdiction. We further noted that the trial court's certifications in these appeals state that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal," and Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Appellant's counsel responded by filing written notice with this court stating that counsel has reviewed the record and "can find no right of appeal for Appellant."

This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). Accordingly, these appeals are dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH